```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0179--CR (JDR)
                   "USA V AMANDA TICKNOR"
                   DEF 1.1 TICKNOR, AMANDA
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
    Magistrate Judge:
              Filed: 12/17/03
             Closed: 04/23/04
  No. of Defendants: 1
      MJ Case Number:
                AKA:
     Location status: Released on Own Recognizance
          Trial date:
         Terminated: YES
   Needs interpreter: NO
   Counsel of record: Hugh W. Fleischer
                      310 K Street, Suite 200
                      Anchorage, AK 99501
                      907-264-6635
                      FAX 907-264-6602
                      Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 TICKNOR, AMANDA

Document        Count      Citation and Description                         Disposition
─────────       ─────      ────────────────────────                         ───────────
  1 -  1 IND      1        18:1716(f) & (j)(1) INTOXICANTS MAILED AND       Sentenced
                           DELIVERED UNLAWFULLY (M)                         (20-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0179--CR (JDR)
                              "USA V AMANDA TICKNOR"

                        In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 12/17/03
            Closed: 04/23/04
No. of Defendants: 1


Document #   Filed      Docket text
--------------------------------------------------------------------------------
     1 -   1 12/17/03   [Re: DEF 1] PLF 1 Indictment.

     2 -   1 12/17/03   [Re: DEF 1] AHB Grand Jury Minutes. Summons to be issued and set for ARR
                        and notify USM.

  NOTE -   1 12/18/03   Issued: summons re: DEF 1.

     3 -   1 12/18/03   [Re: DEF 1] JDR Minute Order setting ARR for 1/22/04 at 11:00 a.m.. cc:
                        USA, USM, PO, A. Ticknor(w/USM Cy)

     4 -   1 01/22/04   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re ARr on Misd Indt
                        hld 1/22/04; CJA cnsl to be apptd; def pled not guilty; consent due w/in
                        5 days; bond set at O/R; PTM's due 2/11/04. cc: USA, FPD CJA Clerk, H.
                        Fleischer, USM, USPO

     5 -   1 01/22/04   [Re: DEF 1] Financial Affidavit.

     6 -   1 01/22/04   [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, H. Fleischer,
                        FPD CJA Clerk, USM, USPO

     7 -   1 01/22/04   [Re: DEF 1] Order setting conditions of release. cc: USA, H. Fleischer,
                        FPD CJA Clerk, USM, USPO

     8 -   1 01/22/04   [Re: DEF 1] JDR Order regarding preparation for trial re consent due
                        1/7/04;  cnsl to meet & confer 1/29/04; PTM's due  2/11/04. cc: USA, FPD
                        CJA CLerk. H. Fleischer

     9 -   1 01/23/04   [Re: DEF 1] CJA appointment of H. Fleischer.

    10 -   1 01/28/04   [Re: DEF 1] PLF 1 Discovery Conference certificate.

    11 -   1 01/29/04   DEF 1 motion (epedited) & memo re accepting attached cy of consent.

    12 -   1 01/29/04   [Re: DEF 1] Consent to Proceed Before Magistrate Judge.

  NOTE -   2 01/30/04   Issued: Speedy Trial Notice to MJ Roberts.

    13 -   1 01/30/04   [Re: DEF 1] JDR Minute Order re TBJ set for 3/22/04 at 9:30 a.m.; FPTC
                        set for 3/19/04 at 9:30 a.m.; trial docs due 3/12/04.  cc: USA, H.
                        Fleischer, USM, USPO, JC

    14 -   1 02/03/04   [Re: DEF 1] PLF 1 Plea Agreement.

    15 -   1 02/04/04   [Re: DEF 1] JDR Minute Order re PCOP hrg set for 2/9/04 at 10:30 a.m.;
                        FPTC prev set for 3/9/04 & TBJ prev set for 3/22/04 are VACATED. cc:
                        USA, H. Fleischer, USM, USPO

    16 -   1 02/09/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re PCOP hld
                        2/9/04; def pled guilty; IOS set for 4/21/04 at 9:30 a.m.; def's cond's
                        of rel to remain as prev set. cc: USA, H. Fleischer, USM, USPO

ACMS: R_RDSDI              As of 02/13/06 at 10:38 AM by DANM                     Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0179--CR (JDR)
                                   "USA V AMANDA TICKNOR"

                           In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 04/14/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 - 1 | 04/14/04 | DEF 1 Sentencing Memorandum. |
| 19 - 1 | 04/22/04 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re IOS hld 4/21/04; prob 12 mos; fine $150; SA $25. |
| 20 - 1 | 04/23/04 | [Re: DEF 1] JDR Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); prob 12 mos; SA $25; Fina $150. cc: USA, H. Fliescher, USM, USPO, Finance, FLU, A. Ticknor w/cnsl cy |
| 21 - 1 | 05/25/04 | [Re: DEF 1] Partial Transcript re: IOS held 4/21/04. |